IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES MCCOY | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-215 |
| JACQUELYN WOMACK, ET AL. | § | |

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James McCoy, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Jacquelyn Womack, V. Briones, and Tara Owens.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends partially granting Defendants' Motion to Dismiss.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, filed pursuant to such order, along with the record and the pleadings. Plaintiff filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the Court concludes the objections are without merit.

ORDER

Accordingly, Plaintiff's objections [Dkt. 88] are OVERRULED. The findings of fact and the conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 83] is ADOPTED. Defendants' Motion to Dismiss [Dkt. 62] is GRANTED with respect to the claims against Defendants Womack and Briones and is DENIED with

respect to the medical claims against Defendant Owens.  Defendants Jacquelyn Womack and V. Briones are DISMISSED from this action.

**SIGNED this 20th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge